# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 05-3450 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 10-2039 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 11-7767 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW,** this 25th day of August, 2014, upon consideration of Relator Gursheel S. Dhillon's, pro se "Motion to Strike from the Record Statement of Chris Mulhall (F.R.C.P. Rule 802 and Rule 806)" (Doc. No. 35), the Response in Opposition filed by Relator

Peggy Ryan, and Dhillon's Reply thereto, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

                                                                                     BY THE COURT:

                                                                                     /s/ Robert F. Kelly
                                                                                    ROBERT F. KELLY
                                                                                    SENIOR JUDGE