# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 05-3450 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 10-2039 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 11-7767 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW,** this   25th    day of August, 2014, upon consideration of Relator Peggy Ryan's ("Ryan"), "Motion for Appellate Bond" (Doc. No. 46), and the Response in Opposition filed by Relator Gursheel S. Dhillon ("Dhillon"), it is hereby **ORDERED** that Ryan's Motion is

**GRANTED. IT IS FURTHER ORDERED** that Dhillon must prepay an appellate bond in the amount of $10,000, within fourteen days (14) of the date of this Order, to the Clerk of Court for the Eastern District of Pennsylvania in order to proceed with his appeal.[1] Upon receiving the payment, the Clerk of Court shall notify the Clerk of Court for the Third Circuit that Dhillon has paid the required appellate bond.[2]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] See Fed. R. App. P. 5(d)(1)(B) (mandating payment within fourteen days of the date of the Order granting the appellate bond).

[2] See Fed. R. App. P. 5(d)(3).