**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. PEGGY RYAN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  05-3450 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. MAX H. WEATHERSBY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  10-2039 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. GURSHEEL S. DHILLON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  11-7767 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW,** this     25th     day of August, 2014, upon consideration of Relator

Gursheel S. Dhillon's ("Dhillon"), pro se "Motion to Set Aside the Courts [sic] Decision and

Motion for a New Trial Oral Arguement [sic] Requested" (Doc. No. 31), the separate Responses

in Opposition filed by Relator Peggy Ryan and Relator Max Weathersby, and the Reply of

Dhillon thereto, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

BY  THE  COURT:


 /s/ Robert F. Kelly         
ROBERT  F. KELLY
SENIOR  JUDGE