RK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, v. | : : : | No. 05-3450 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |

| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, v. | : : : | No. 10-2039 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |

| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, v. | : : : | No. 11-7767 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |


FILED
OCT -1 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

ENTERED
OCT - 1 2014
CLERK OF COURT

**AND NOW**, this 1st day of October, 2014, upon consideration of Relator Gursheel S. Dhillon's ("Dhillon"), pro se "Motion to Set Aside Courts [sic] Decision and for Reconsideration of Appealate [sic] Bond by Three Judge Panel" (Doc. No. 60), and the Response

xC: Legal

in Opposition filed by Relator Peggy Ryan, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE

2