IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, <br><br>Plaintiff, <br>v. <br><br>ENDO PHARMACEUTICALS, INC., <br><br>Defendant. | CIVIL ACTION <br><br><br><br>No. 05-3450 |
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, <br><br>Plaintiff, <br>v. <br><br>ENDO PHARMACEUTICALS, INC., <br><br>Defendant. | CIVIL ACTION <br><br><br><br>No. 10-2039 |
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, <br><br>Plaintiff, <br>v. <br><br>ENDO PHARMACEUTICALS, INC., <br><br>Defendant. | CIVIL ACTION <br><br><br><br>No. 11-7767 |

FILED
OCT 22 2014
MICHAEL E. KUNZ, Clerk

## **O R D E R**

**AND NOW,** this 22nd day of October, 2014, upon consideration of Relator Gursheel S. Dhillon's ("Dhillon"), pro se "Expedited Motion for Court Order to Allow in Camera Review of Court Record" (Doc. No. 62), and the Response in Opposition co-filed by Relators Peggy

Ryan and Max Weathersby, and the Response in Opposition filed by the United States of America, it is hereby **ORDERED** that the following documents are **UNSEALED**:[1]

1. The Court Order of September 19, 2005, granting an extension of the seal (Doc. 3);

2. The Court Order of March 14, 2006, re-assigning this case (Doc. 5);

3. The Court Order of September 15, 2006, relating to the seal (Doc. 6);

4. The State of Montana's Notice of Election to Decline Intervention (Doc. 9);

5. The Court Order of November 15, 2010, permitting limited disclosure of complaints to the Relators (Doc. 11);

6. The Pro Hac Vice applications and related Orders filed and entered in January and March 2011 (Docs. 13, 14, 15, 16, 17 and 18); and

7. The Court Order of January 13, 2012, which permitted the limited disclosure of the complaints to Defendant Endo.

**IT IS FURTHER ORDERED** that the following remain documents under **SEAL**:

1. The first Motion filed by the Government on September 15, 2005, for an extension of the seal and an extension of the evaluator period (Doc. 2);

2. The unopposed Motion filed by the Government on March 13, 2006, for an extension of the seal, and to place the matter in civil suspense (Doc. 4);

3. The ex parte application for limited disclosure of the complaint filed by the Government on November 15, 2010 (Doc. 10);

4. The ex parte application for limited disclosure of the complaint filed by the Government on November 29, 2010 (Doc. 19); and

5. Any and all other ex parte submissions and correspondence of the Government to this Court.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] We note that all document numbers relate solely to 05-cv-3450.